**WENGER & ARLIA, ESQS.**
**ATTORNEYS AT LAW**
20 Vesey Street, Suite 210
New York, NY 10007
Tel: (212) 566-6262 – Fax: (212) 608-6262

July 29, 2020

Hon. Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  United States v. Richard Ochetal
     16 Cr. 342 (SHS)

Dear Judge Stein:

     As you are aware, the law firm of Wenger & Arlia Esqs. LLP has been retained to represent the defendant, Richard Ochetal, in the above-referenced prosecution.

     The purpose of this letter is to request an Order directing US Probation Pre-Trial Services to return Richard Ochetal and his wife's (Mrs. Katie Ochetal's) United States passports, via mail to their home address at 30 Scenic Circle, Croton-On-Hudson, New York 10520.

     On September 26, 2019, Your Honor sentenced Mr. Ochetal to time served with two years supervised release to run concurrently on all counts. To date, Mr. Ochetal has complied with all the Orders of the Court and directives from US Probation. Mrs. Ochetal recently discerned that US Probation <u>Pre-Trial Services</u> remains in possession of the aforementioned passports. A representative from US Probation Pre-Trial Services informed Mrs. Ochetal that there was no objection by US Probation to its release, and suggested the following letter motion to the Court. Mr. and Mrs. Ochetal await your approval.

     Thank you for your immediate attention to this matter.

                                            Respectfully yours,

                                            *John Arlia*

JA:ma                                              John Arlia (JA) 6781

cc:  AUSA Kimberly Ravener